UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S.A. DAWGS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CROCS, INC., et al., <br><br> Defendant(s). | Case No. 2:17-CV-2054 JCM (NJK) <br><br> ORDER |

Presently before the court is *U.S.A. Dawgs, Inc. v. Crocs Inc.*, case number 2:17-cv-02054-JCM-PAL.

On February 1, 2018, plaintiff U.S.A. Dawgs, Inc., filed a notice of bankruptcy. (ECF No. 50). The only outstanding substantive motion in the case is defendant Crocs, Inc.'s motion for sanctions against plaintiff.[1] Therefore, pursuant to 11 U.S.C. § 362, plaintiff's bankruptcy petition operates as an automatic stay on the instant action. *See* 11 U.S.C. § 362(a).

Accordingly,

IT IS HEREBY ORDERED that this action is STAYED pending termination of plaintiff's bankruptcy proceeding.

IT IS FURTHER ORDERED that plaintiff shall notify the court of the termination of its bankruptcy proceeding within fourteen (14) days following termination thereof.

IT IS FURTHER ORDERED that defendant's motion for sanctions (ECF No. 44) be, and the same hereby is, DENIED WITHOUT PREJUDICE.

---

[1] Plaintiff filed a motion for leave to file a surreply to defendant's motion for sanctions. (ECF No. 49).

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff's motion for leave to file a sur-reply (ECF No. 49) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that following notification of termination of plaintiff's bankruptcy proceeding, defendant may renew its motion for sanctions.

Accordingly,

IT IS SO ORDERED.

DATED February 7, 2018.

_____
UNITED STATES DISTRICT JUDGE