UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S.A. DAWGS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CROCS, Inc., et al., <br><br> Defendant(s). | Case No.: 2:17-cv-02054-JCM-NJK <br><br> **Order** <br><br> [Docket No. 66] |

Pending before the Court is a motion by the law firm Larson Zirzow & Kaplan, LLC to withdraw as counsel for Plaintiff. Docket No. 66. The Court hereby **SETS** a hearing on that motion for 2:00 p.m. on April 4, 2019, in Courtroom 3B. Plaintiff shall appear in person. Plaintiff's current counsel and any newly retained counsel shall appear in person. There will be no exceptions to these appearance requirements.

No later than March 7, 2019, Plaintiff's current counsel shall serve it with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than April 3, 2019.

IT IS SO ORDERED.

Dated: March 20, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1