# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

U.S.A. DAWGS, INC.,

    Plaintiff,

v.

CROCS, Inc., et al.,

    Defendants.

Case No.: 2:17-cv-02054-JCM-NJK

**Order**

Due to conflicting duties of the Court, the hearing on counsel's motion to withdraw as attorney, currently set for April 4, 2019, is CONTINUED to April 23, 2019, at 10:30 a.m., in Courtroom 3C. A corporate representative for Plaintiff shall appear in person. Plaintiff's current counsel and any newly retained counsel shall also appear in person.[1] There will be no exceptions to these appearance requirements.

No later than March 27, 2019, Plaintiff's current counsel shall serve it with this order and shall file a proof of service. Any response to the motion to withdraw shall be filed no later than April 15, 2019.

IT IS SO ORDERED.

Dated: March 22, 2019.

                                                  NANCY J. KOPPE
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court reminds Plaintiff that a corporation must be represented by counsel in federal court. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016).

1