UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S.A. DAWGS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CROCS, INC., et al., <br><br> Defendant(s). | Case No. 2:17-CV-2054 JCM (NJK) <br><br> ORDER |

Presently before the court is the matter of *U.S.A. Dawgs, Inc. v. Crocs, Inc. et al*, case no. 2:17-cv-02054-JCM-NJK.

On April 15, 2019, the court held a hearing on defendants' third motion for sanctions. (ECF No. 80). At that hearing, the court granted defendants' motion and instructed defendants' counsel to prepare and submit a proposed order consistent with the court's ruling. *Id.*

As of the date of this order, no proposed judgment has been filed. Accordingly, defendants are hereby ordered to, within seven (7) days from the date of this order, either submit a proposed order or show cause why additional time is needed to prepare the proposed order.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS ORDERED THAT defendants shall have seven (7) days from the date of this order to either submit a proposed order consistent with the court's ruling on defendants' third motion for sanctions or show cause why additional time is needed to prepare the proposed order. Failure to comply with this order may result in reconsideration of the court's ruling on the motion.

IT IS SO ORDERED.

DATED May 15, 2019.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge