AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

U.S.A. DAWGS, INC.,

          Plaintiff,

v.

CROCS, INC., KIM LAWRIE, ERIK RUFER, KELLY GRAY

          Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02054-JCM-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in the amount of $37,500.00 in attorneys' fees in favor of Defendants, to be borne by U.S.A. Dawgs, Inc., and in the amount of $12,500.00 in attorneys' fees in favor of Defendants, to be paid personally by Christopher Hellmich.

May 29, 2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk